# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR02-335-RSL |
| Plaintiff, | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| v. | |
| QUAN TU, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 24, 2007. The United States was represented by Todd Greenberg. The defendant was represented by Catherine Chaney.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Transport Individuals in Furtherance of Prostitution and Interstate Transportation in Furtherance of Prostitution on or about March 7, 2003. The Honorable Robert S. Lasnik of this court sentenced Defendant to 41 months of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation Officer alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Committing the crime of harassment, on or about August 21, 2007, in violation of the general condition that he not commit another federal, state, or local crime.

(2) Committing the crime of contributing to the sexual delinquency of a minor, on or about August 21, 2007, in violation of the general condition that he not commit another federal, state, or local crime.

(3) Failing to answer truthfully all inquiries by the probation officer, on or about April 4, 2007, in violation of standard condition number three.

I advised the defendant of these charges and his constitutional rights. Defendant admitted violation number 3, waived any hearing as to whether it occurred, and the Government has agreed to withdraw violation numbers 1 and 2.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 25th day of October, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge       : Hon. Robert S. Lasnik
    Assistant U.S. Attorney : Todd Greenberg
    Defense Attorney       : Catherine Chaney
    U. S. Probation Officer : Christopher S. Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-